# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| Tamara Scott )<br>*Plaintiff* )<br>v. )<br>John Buncich, et al. )<br>*Defendant* ) | Case No. 16-cv-114 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 1/25/2018

/s/ Cindy Tsai
*Attorney's signature*

Cindy Tsai - 6293973
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Floor
Chicago, IL 60607

*Address*

Cindy@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*