# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| TAMARA RACHEL SCOTT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:16-CV-114-RL-JEM |
| | ) | |
| JOHN BUNCICH, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the Court on a Motion to Depose Defendant John Buncich [DE 109], filed by Plaintiff on January 25, 2018. Plaintiff seek leave to depose Buncich, who is currently confined at the Metropolitan Correctional Center, by video. Plaintiff represents that Buncich's testimony is essential to prepare for trial in this case, and that counsel for Defendants have advised that they have no objection to the request.

Finding the Motion well taken, the Court **GRANTS** the Motion to Depose Defendant John Buncich [DE 109]. Plaintiffs may depose John Buncich by audio, video, and stenographic means at the Metropolitan Correctional Center, subject to the cooperation of the officials there, on a date to be coordinated with all involved parties and entities.

SO ORDERED this 31st day of January, 2018.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record