(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

TAMARA SCOTT

v.  Cause No. 16-cv-114

JOHN BUNCICH, et al.

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

TAMARA SCOTT

Party(s) Represented

Prefix (check one) ☐ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Keen   First Name: Roshna   Middle Name/Initial: Bala

Generation (Sr, Jr, etc):

Firm Name: Loevy & Loevy

Street Address: 311 N. Aberdeen, 3rd Fl.   Suite/Room No.:

City: Chicago   State: IL   Zip: 60607

Office Telephone No.: (312) 243-5900   Fax No.: (312) 243-5902

E-Mail Address: Roshna@Loevy.com

**EDUCATION:**

College: University of Chicago   Degree: A.B.   Year Completed: 1999

Law School: Northwestern University   Year Graduated: 2004

Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Illinois | 2005 | Good Standing | 6284469 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Northern District of Illinois | 2006 | Good Standing |
| Eastern District of Wisconsin | 2013 | Good Standing |
| Central District of Illinois | 2014 | Good Standing |
| Western District of Michigan | 2016 | Good Standing |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Roshna Bala Keen, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 2/14/2018

*R. Bala Keen*
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____  _____
                                                                                                        Judge, U. S. District Court

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Roshna Bala Keen

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 01/04/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 2nd day of February, 2018.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois