UNITED STATES DISTRICT COURT
NORTHERN DISTRCT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TAMARA RACHEL SCOTT,                )<br>                                                             )<br>        Plaintiff,                              )<br>                                                             )<br>v.                                                          )<br>                                                             )<br>JOHN BUNCICH, in his official capacity as )<br>SHERIFF OF LAKE COUNTY; COUNTY )<br>OF LAKE; WILLIE STEWART, individually )<br>and in his official capacity as Jail Administrator )<br>of Lake County Jail; Dr. WILLIAM FORGEY, )<br>individually and in his official capacity as )<br>Medical Director of Lake County Jail; DR. )<br>ROBERT M. EHRESMAN; DR. KUMPOL )<br>DENNISON; CORRECTIONAL OFFICER )<br>D. MAY; CORRECTIONAL OFFICER LT. )<br>HAILEY (a.k.a. "HALEY"); PATRICIA KERR; )<br>UNKNOWN EMPLOYEES OF LAKE COUNTY )<br>JAIL; CORRECTIONALHEALTH INDIANA, )<br>INC.; and UNKNOWN EMPLOYEES OF )<br>CORRECTIONALHEALTH INDIANA, INC. )<br>                                                             )<br>        Defendants.                          ) | Case No. 2:16-CV-00114 |

**AGREED MOTION TO EXTEND EXPERT DISCOVERY DEADLINES**

The Parties, by their respective undersigned counsel, move this Court for the entry of an order extending the expert discovery closure date in this case and in support thereof respectfully state as follows.

1. The court granted the parties' joint motion to extend the discovery deadline to June 29, 2018 in this matter. [DE 123]

2. The parties' joint motion neglected to seek an extension of the corresponding expert deadlines.

1

3. By agreement, the parties request that the expert discovery deadlines in this case be extended as follows:

- July 12 – Plaintiff's expert disclosures due
- August 9 – Defendants' expert disclosures due
- September 28 – End of expert discovery

WHEREFORE, each of the Parties hereby respectfully request that this Court enter an order granting this Agreed Motion and extending the current expert discovery deadlines as indicated above.

Respectfully Submitted,

s/ John P. Bushemi
John P. Bushemi, #3042-45
Alfredo Estrada, #32580-45
Burke Costanza & Carberry LLP
9191 Broadway
Merrillville, IN 46410
*Attorneys for Defendant John Buncich, in his official capacity as Sheriff of Lake County*

/s/ John M. Kopack
John M. Kopack, #5302-45
9111 Broadway, Suite GG
P.O. Box 10607
Merrillville, IN 46410
*Attorney for Defendant County of Lake*

/s/ Michael A. Sarafin
Joseph F. Spitzzeri, #6184520
Michael A. Sarafin, #26914-45
Johnson & Bell, P.C.
11051 Broadway, Suite B
Crown Point, IN 46307
*Attorney for Defendants Dr. William Forgey, individually and in his official capacity as Medical Director of the Lake County Jail; Dr. Robert M. Ehresman; Dr. Kumpol Dennison; Correctional Health Indiana,*

/s/ Danielle Hamilton
Arthur Loevy, #1682479
Jon Loevy, #6218254
Joel Feldman, #6216050
Ruth Z. Brown, #6299187
Cindy Tsai, # 6293973
Danielle Hamilton # 6309176
Loevy & Loevy
311 N. Aberdeen, St., 3rd Floor
Chicago, IL 6067
*Attorneys for Plaintiff*

/s/ Casey J. McCloskey
Casey J. McCloskey, #18766-45
P.O. Box 10607
Merrillville, IN 46410
*Attorney for Defendants Lt. Hailey and Unknown Employees of Lake County Jail*

2

*Inc.;. and Unknown Employees of
Correctional Health Indiana, Inc.*

## **Certificate of Service**

  I hereby certify that on May 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on all counsel of record.

                /s/  Danielle Hamilton