UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TAMARA RACHEL SCOTT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-00114 |
| | ) | |
| OSCAR MARTINEZ, in his official capacity | ) | |
| as SHERIFF OF LAKE COUNTY, *et al.*, | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Attorney Joseph F. Spitzzeri, pursuant to Local Rule 83-8(c), respectfully moves this Court for the entry of an order granting him leave to withdraw his Appearance for Defendants, Correctional Health Indiana, Inc., William Forgey, Robert M. Ehresman, and Kumpol Dennison, and in support thereof, respectfully states as follows.

1. On December 3, 2018, Attorney Heather Gilbert, of the law of firm of Cassiday Schade LLP, filed her Appearance [DE 144] on behalf Defendants, Correctional Health Indiana, Inc., William Forgey, Robert M. Ehresman, and Kumpol Dennison, and will continue to represent such Defendants in this case.

2. Attorney Spitzzeri requests, pursuant to Local Rule 83-8(c), that this Court grant leave for the withdrawal of his Appearance on behalf of Defendants, Correctional Health Indiana, Inc., William Forgey, Robert M. Ehresman, and Kumpol Dennison.

WHEREFORE, Attorney Joseph F. Spitzzeri, respectfully requests that this Court enter an order withdrawing his Appearance on behalf of Defendants, Correctional Health Indiana, Inc., William Forgey, Robert M. Ehresman, and Kumpol Dennison.

Respectfully Submitted:

/s/ Joseph F. Spitzzeri
Joseph F. Spitzzeri, ARDC No. 6184520
Johnson & Bell, Ltd.
33 W. Monroe St. Suite 2700
Chicago, Illinois 60603
Phone: (312) 984-6683
Email: spitzzerij@jbltd.com

**CERTIFICATE OF SERVICE**

I certify that on December 6, 2018, a copy of this document was filed electronically using this Court's ECF System. Notice of this filing will be sent by e-mail to all ECF-registered counsel by operation of this Court's ECF System, that is:

| | |
|---|---|
| Alfredo Estrada | estrada@bcclegal.com |
| Angela M. Jones | ajones@angelajoneslegal.com |
| Arthur Loevy | arthur@loevy.com |
| Casey J. McCloskey | attymccloskey@hotmail.com |
| Cindy Tsai | cindy@loevy.com |
| Danielle O. Hamilton | hamilton@loevy.com |
| Heather T. Gilbert | hgilbert@cassiday.com |
| Joel Feldman | joel@loevy.com |
| John M Kopack | john@kopack-law.com |
| John S Dull | jsdull@yahoo.com |
| Jon Loevy | jon@loevy.com |
| Roshna Bala Keen | roshna@loevy.com |
| Ruth Z. Brown | ruth@loevy.com |

/s/ Joseph F. Spitzzeri

2