AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| Tamara Rachel Scott | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:16-cv-00114-RL-JEM |
| John Buncich, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cross-Defendant, Correctional Health Indiana, Inc.

Date: 12/07/2018

/s/ Heather T. Gilbert
*Attorney's signature*

Heather T. Gilbert, #30476-64
*Printed name and bar number*
Cassiday Schade LLP
233 East 84th Drive, Suite 305
Merrillville, IN 46410

*Address*

hgilbert@cassiday.com
*E-mail address*

(219) 663-5575
*Telephone number*

(219) 795-1486
*FAX number*